UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:07-CR-6 |
| | ) | (Phillips) |
| DENNY MICHAEL MOORE | ) | |

## ORDER

For the good cause shown, defendant's motion for extension of time [Doc. 23] and defendant's motion to withdraw his previously filed motion to withdraw guilty plea [Doc. 24] are **GRANTED**. This matter will proceed to sentencing on **August 24, 2007 at 1:30 p.m**.

**ENTER:**

       s/ Thomas W. Phillips
United States District Judge